No. 169. BLAFFER *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 170. FARISH *v.* SAME. October 9, 1939. The application that these cases be consolidated for the purpose of filing petitions for writs of certiorari and that only the record in No. 169 be printed is granted. The petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit is denied. *Mr. Walter E. Barton* for petitioners. *Assistant Solicitor General Bell* and *Mr. Sewall Key* and *Miss Helen R. Carloss* for respondent. Reported below: 103 F. 2d 489, 1007; 104 *id.* 833.

No. 180. THOMPSON, TRUSTEE, *v.* MURPHY ET AL., EXECUTORS, ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. MR. JUSTICE REED and MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Messrs. Fred L. Williams, Earl F. Nelson,* and *Fred L. English* for petitioner. *Messrs. William H. Boyd* and *Ben B. Wickham* for Murphy et al., and *Messrs. Clan Crawford, Benj. F. Fiery,* and *Howard F. Burns* for Tomlinson et al., respondents.